IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**OLATHE/SANTA FE PARTNERSHIP, et al.,**

                                **Plaintiffs,**

**v.**                                                                **Case No. 12-CV-2374-CM/KMH**

**JOHN K. DOULL, et al.,**

                                **Defendants.**

## ORDER

On this 18th day of October, 2012, the Court considers Plaintiffs' Unopposed Motion for Extension of Time in Which to File Opposition to Defendants' Motion to Dismiss.

For good cause shown, Plaintiffs' Motion is sustained.  Plaintiffs shall have through and including **October 25, 2012** to file their opposition to Defendants' Motion to Dismiss.

IT IS SO ORDERED.


Date:\_\_October 18, 2012                             s/ Carlos Murguia_____
                                                     CARLOS MURGIA
                                                     United States District Judge