IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **OLATHE/SANTA FE PARTNERSHIP, et al.,** | |
| **Plaintiffs,** | |
| v. | Case No. 12-CV-2374-CM/KMH |
| **JOHN K. DOULL, et al.,** | |
| **Defendants.** | |

### PLAINTIFFS' MOTION TO ALTER OR AMEND

Plaintiffs Olathe/Santa Fe Partnership ("OSFP"), Village Properties, Inc. ("Village"), Tony R. Plunkett ("Plunkett"), Charles A. White ("White"), James J. Green ("Green"), Pyramid Realty Association ("Pyramid") and Jeff Wyler, Inc. ("Wyler") ("Plaintiffs" or "OSFP Parties"), respectfully move this Court for its Order altering or amending its findings pursuant to Fed. R. Civ. P. 59(e) or, in the alternative, granting relief from the Court's prior order pursuant to Fed. R. Civ. P. 60, reconsidering and vacating the dismissal entered in the Court's April 22, 2013, *Memorandum and Order* (Doc. 49). In support of this motion, Plaintiffs are hereby contemporaneously filing their Memorandum in Support of this Motion to Alter or Amend Pursuant to Fed. R. Civ. P. 59(e) or, In the Alternative, For Relief From Order Pursuant to Fed. R. Civ. P. 60.

WHEREFORE, Plaintiffs pray this Court for its Order altering or amending its findings pursuant to Fed. R. Civ. P. 59(e) or, in the alternative, granting relief from the Court's prior order pursuant to Fed. R. Civ. P. 60, reconsidering its April 22, 2013 Memorandum and Order (Doc. 49) and entering its Order denying Defendants' separate motions to dismiss (Doc. 6 and Doc. 16), and for such other and further relief as the Court deems just and proper.

1

Respectfully submitted,

DUGGAN, SHADWICK, DOERR & KURLBAUM
A Professional Corporation


By <u>/s/ Deron A. Anliker</u>
    John M. Duggan, KS #14053
    Deron A. Anliker, KS #16877
    Thomas J. Hamilton, KS #24139
    11040 Oakmont
    Overland Park, Kansas 66210
    jduggan@kc-dsdlaw.com
    danliker@kc-dsdlaw.com
    thamilton@kc-dsdlaw.com
    (913) 498-3536
    Fax (913) 498-3538
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on May 20, 2013, the foregoing was served via the Court's CM/ECF system to all parties receiving electronic service in these proceedings.

Gregory J. Pappas
Austin B. Hayden
COHEN MCNEILE & PAPPAS PC
4601 College Blvd., Suite 200
Leawood, KS 66211
ahayden@cmplaw.net
gpappas@cmplaw.net
ATTORNEYS FOR DEFENDANTS

C. Brooks Wood
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106
(816) 691-2772
(816) 412-9379
bwood@stinson.com
ATTORNEY FOR DEFENDANT KENT E. WHITTAKER

                                              /s/ Deron A. Anliker
                                              Attorney for Plaintiffs