**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 16, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| OLATHE-SANTA FE PARTNERSHIP, Managing Partner Village Properties, Inc.; VILLAGE PROPERTIES, INC.; TONY R. PLUNKETT; CHARLES A. WHITE; JAMES J. GREEN; PYRAMID REALTY ASSOCIATION; JEFF WYLER, INC., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN K. DOULL; NANCY A. TAYLOR; JOHN V. DOULL; THOMAS DEBACCO; KENT WHITTAKER; BRAD HARVEY; MICHAEL N. MCDANIEL; CORNERSTONE BANK, <br><br> Defendants - Appellees. | No. 13-3218 <br> (D.C. No. 2:12-CV-02374-CM-KMH) |

_____

**ORDER**
_____

The stipulation filed by the parties to dismiss the captioned appeal is granted.

Each party shall bear its own costs.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk